No. 81–6400.   CARAPELLA ET AL. *v.* UNITED STATES. C. A. 6th Cir.   Certiorari denied.

No. 81–6401.   GREEN *v.* WILKERSON, WARDEN, ET AL. C. A. 10th Cir.   Certiorari denied.

No. 81–6405.   BROWN *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–6406.   HAYWARD *v.* UNITED STATES PAROLE COMMISSION ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 81–6409.   LINTON *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 81–6410.   TOLLIVER *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–6411.   THOMPSON *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–6416.   WEBSTER *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–6426.   VETETO *v.* DIRECTOR, UNITED STATES BUREAU OF PRISONS, SOUTHEAST REGIONAL OFFICE.   C. A. 11th Cir.   Certiorari denied.

No. 81–6431.   BRITT ET AL. *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 80–6863.   TYLER *v.* PHELPS, CORRECTIONS DIRECTOR, ET AL.   C. A. 5th Cir.   Certiorari denied.   JUSTICE MARSHALL would grant certiorari.